IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO.:  3:08cr104/MCR

MATTHEW J. DOSSEY

### ORDER ADOPTING AND AMENDING CONDITIONS OF RELEASE

The defendant is charged by an indictment with offenses alleged to have been committed in this district.  At first appearance held on November 12, 2008, it was determined that defendant should be released under the same conditions, with amendments, that were imposed on him on November 6, 2008, in the United States District Court, Middle District of Louisiana.  It is therefore ORDERED that defendant shall continue on the same conditions he has been under, with the following additions:

1. Refrain from the excessive use of alcohol;
2. Refrain from use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed physician; and
3. Do not obtain a passport.

DONE AND ORDERED this 12th day of November, 2008.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE